IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

APL CO. PTE LTC and
AMERICAN PRESIDENT LINES, LTD

    vs                      3:12CV00129-BRW

TRANSPORT LEASING, INC.
d/b/a TRANSPORT LOGISTICS LLC                      DEFENDANT

### ORDER

Pending is the Joint Stipulation of Dismissal (Doc. No. #14).  After a review of the Stipulation, the Court finds that the Stipulation should be, and hereby is, GRANTED and this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of February, 2013.

                            /s/Billy Roy Wilson
                           UNITED STATES DISTRICT JUDGE

orddism.wprejudice